

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-94,371-02

## EX PARTE CORY ROSS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W11-31175-Q(A) IN THE 204th DISTRICT COURT
### FROM DALLAS COUNTY

*Per curiam*.  YEARY, J. filed a dissenting opinion joined by SLAUGHTER, J.
SLAUGHTER, J. filed a dissenting opinion.

## O P I N I O N

Applicant was convicted of injury to a child and sentenced to forty years' imprisonment.  The
Fifth Court of Appeals affirmed his conviction.  *Ross v. State*, No. 05-15-00351-CR (Tex.
App.—Dallas March 11, 2016)(not designated for publication).  Applicant filed this application for
a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court.
*See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends, among other things, that appellate counsel failed to timely inform
Applicant that his conviction had been affirmed.  Based on the record, the trial court has determined
that appellate counsel's performance was deficient and that Applicant would have timely filed a

petition for discretionary review but for counsel's deficient performance.

Relief is granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997); *Ex parte Crow*, 180 S.W.3d 135 (Tex. Crim. App. 2005). Applicant may file an out-of-time petition for discretionary review of the judgment of the Fifth Court of Appeals in cause number 05-15-00371-CR. Should Applicant decide to file a petition for discretionary review, he must file it with this Court within thirty days from the date of this Court's mandate. Applicant's remaining claims are dismissed. *Ex Parte Torres*, 943 S.W.2d 469 (Tex. Crim. App. 1997).

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: September 20, 2023
Do not publish